UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**George L. Russell, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

January 29, 2020

MEMORANDUM TO COUNSEL RE:  Wheelabrator Baltimore, L.P., et al. v.
Mayor and City Council of Baltimore
Civil Action No. GLR-19-01264

Dear Counsel:

Today, the Court convened a teleconference to discuss a stay of the Baltimore Clean Air Act (the "Act") pending resolution of the motions in this case. This memorandum memorializes the agreements reached during the call.

The Court will deny as moot Plaintiffs' request for a stay of the Act (see ECF No. 49), because the City has agreed to stay implementation of the Act pending resolution of the motions. Additionally, the deadline for implementation of the Act will be tolled from January 29, 2020 until the Court issues a decision on the merits of the pending motions.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
George L. Russell, III
United States District Judge