IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| WHEELABRATOR BALTIMORE, L.P., et al., | * |
| *Plaintiffs*, | * |
| v. | * Civil Action No. 1:19-CV-01264-GLR |
| MAYOR AND CITY COUNCIL OF BALTIMORE, | * |
| *Defendant*. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MAYOR AND CITY COUNCIL OF BALTIMORE'S
<u>NOTICE OF APPEAL</u>**

Notice is hereby given that the Mayor and City Council of Baltimore, Defendant in the above-named case, by its attorneys, hereby appeals to the United States Court of Appeals for the Fourth Circuit the order entered in this action on the 27th day of March, 2020 (ECF 53) denying Defendant's motion to dismiss as to Counts 1 through 5 of the Complaint and entering partial summary judgment in favor of Plaintiffs as to Counts 1 through 5.

| | |
|---|---|
| */S/* | */S/* |
| Dana P. Moore, Acting City Solicitor (Bar No. 03632) | John F. Dougherty (Bar No. 25369) |
| Kurt A. Heinrich, Chief Solicitor (Bar No. 26698) | KRAMON & GRAHAM, P.A. |
| Doris N. Weil, Asst. Solicitor (Bar No. 19679) | One South Street, Suite 2600 |
| (signed by John F. Dougherty with permission) | Baltimore, Maryland 21202 |
| BALTIMORE CITY LAW DEPARTMENT | Phone: 410-752-6030 |
| 100 N. Holliday Street | Fax: 410-539-1269 |
| City Hall | *jdougherty@kg-law.com* |
| Baltimore, Maryland 21202 | |
| Phone: 410-396-3298 | |
| Fax: 410-547-1025 | |
| *law.danapmoore@baltimorecity.gov* | |
| *kurt.heinrich@baltimorecity.gov* | |
| *doris.weil@baltimorecity.gov* | |

*Attorneys for Defendant Mayor and City Council of Baltimore*